# IN THE UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF VIRGINIA
# ROANOKE DIVISION

## CRIMINAL MINUTES - GUILTY PLEA HEARING

**Case No.:** 7:15-cr-00073  **Date:** 05/18/2016

**Defendant:** SHAWN CADOGAN, Custody  **Counsel:** Jimmy Turk, Esq. CJA

| PRESENT: | | |
|---|---|---|
| JUDGE: | Hon. Glen Conrad | TIME IN COURT: 2:10-2:55pm 45 mins |
| Deputy Clerk: | Susan Moody | |
| Court Reporter: | Judy Webb | |
| U. S. Attorney: | Kari Munro, Esq/R Andrew Bassford, Esq. | |
| USPO: | Dennis Gardner, USPO | |

**PROCEEDINGS:**

☒ Plea Agreement filed with court.
☒ Defendant re-arraigned as to Counts 1(Lesser Included) of Indictment
☒ Defendant placed under oath. Court questions defendant regarding his/her physical and mental condition, and advises defendant of his/her rights, and the nature and possible consequences of plea.
☒ Deft does not admit conspiracy as charged and matter is continued until May 19 @ 3 pm